UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AMY J. OSBORNE | ) CASE NO. 17-03591-RLM-7 |
| | ) |
| DEBTOR. | ) |

## APPLICATION FOR AUTHORITY TO EMPLOY REALTOR

The Application of Richard E. Boston, by counsel, respectfully represents:

1.  That he is the duly qualified and acting Trustee in these proceedings.

2.  That, pursuant to his authority as Trustee herein, your applicant has assumed control of the Debtors interest in real property located at 220 W. Main St., Pershing, IN 47370 ("Real Estate").

3.  It is necessary and in the best interests of this estate that the Real Estate be sold free and clear of liens and encumbrances to avoid further administrative expenses herein and any loss and/or damage. The Real Estate is believed to have a value of $109,000.00 according to the Realtor the Trustee proposes to hire.

4.  All valid liens and encumbrances, if any, if valid, should be transferred to the proceeds of the sale of the Real Estate against which liens are claimed to the extent that said property is covered by said liens. Upon information and belief, there are no valid liens against the Real Property.

5.  Your Trustee wishes to employ John Lucas of ReMax Preferred, 1201 Main Street, Brookville, Indiana 47012 ("Realtor") to list the Real Estate for sale and the Trustee requests the authority of the Court to approve the Realtors' employment herein, as realtor to sell the Real Estate at private sale with said Realtor to receive a commission of six percent (6%) of the gross selling price, but, not less than $2,500.00. A true and correct copy of the Listing Contracts associated with the Real Estate are attached hereto and made a part hereof as Exhibit

"A".

6.  Attached hereto as Exhibit "B" is the Affidavit of John Lucas, indicating he is a disinterested person and has no conflicts of interest in representing the Trustee in this matter.

WHEREFORE, your Trustee prays that:

1.  He be authorized and directed to retain John Lucas of ReMax Preferred, as Realtor to sell the Real Estate;

2.  He be authorized to enter into the Listing Contract, and to pay costs of the sale including the Realtor's commission as set forth above, and

3.  For such other and further relief as is just and proper in the premises.

Respectfully Submitted,

RUBIN & LEVIN, P.C.

Attorneys for Trustee

By: /s/James T. Young
James T. Young, Atty. No. 13834-71
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Ste. 1400
Indianapolis, IN  46204
317/634-0300; FAX 317/453-8613
james@rubin-levin.net

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 19, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Richard E. Boston rebch7@bbkcc.com;melaniec@bbkcc.com, reb@trustesolutions.net
Richard Wayne Greeson2 wgreeson@greesonlaw.com, courtdocs@greesonlaw.com;r54890@notify.bestcase.com
U.S. Trustee ustpregion10.in.ecf@usdoj.gov

  I further certify that on February 19, 2018, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, or via electronic transmission by this office, and properly addressed to the following:

None.

              */s/ James T. Young*
              James T. Young

JTY/mdr
\\Pa1\data\WP80\TRUSTEE\Boston\Osborne, Amy - 86142701\App Employ Realtor.wpd